DAVID M. HESS
1030 S. HUTCHINS # 4-301
LODI, CA. 95240

Plaintiff in pro per

FILED
NOV 15 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

**DAVID M. HESS,**
    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,
    Defendant.

) Case Number: C 12-5799 JSC
)
) **NOTICE OF ACTION PENDING**
) (LIS PENDENS)
) Code of Civil Procedure 405.20
) APN: 058-480-14
) Address: 2217 South Mills
)     Lodi, California 95242
) UNLIMITED JURISDICTION
)

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that the above-entitled action concerning and affecting real property, as herein after described, was commenced November 9, 2012 in the above named court by Plaintiff, DAVID M. HESS, against the defendant, and each of them, as set forth in the caption above.

Said action is pending in the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA , Civil Division.

This action affects the title to and the right to possession of:

**THE LAND SITUATED IN THE, CITY OF LODI COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA, LEGALLY DESCRIBED AS FOLLOWS:**

<u>Legal description:</u>

**The real property in the City of Lodi, County of San Joaquin, State of California, described as:**

Lot 14, as shown on Map of Tract No. 2573, Century Meadows Four, Unit No. 1,

Filed for record April 19, 2001 in Book of Maps and Plats, Book 36, Page 11, San Joaquin County Records.

A Certificate of Correction recorded January 16, 2003, as Instrument No. 2003-010904, San Joaquin County Records.

EXCEPTING THEREFROM all oil, gas, minerals and other hydrocarbon substances lying below a depth of 500 feet from the surface thereof; without however the right to enter upon said surface for the purpose of extracting same as reserved by Delmar D. Batch, et ux in Deed recorded August 25, 2000 Recorder's Instrument No. 00097154, San Joaquin County Records.

Executed this 15th day of November 2012

_____
DAVID M. HESS, Plaintiff